James A. Burgess, appellee, v. John Raklios and Company, Inc., appellant. Gen. No. 40,263.

Opinion filed March 29, 1939.

Kirkland, Fleming, Green, Martin & Ellis, for appellant; David Jacker, John M. O'Connor, Jr. and Charles M. Rush, of counsel. No appearance for appellee.

Mr. Justice Hebel delivered the opinion of the court.